1  Office of the City Attorney, City of Carlsbad
   Celia A. Brewer (SBN 167928)
2  Paul G. Edmonson (SBN 118490)
3  1200 Carlsbad Village Drive
   Carlsbad, CA 92008
4  Tel: (760) 434-2891; Fax: (760) 434-8376
   Email:  celia.brewer@carlsbadca.gov
5          paul.edmonson@carlsbadca.gov

6  Neal S. Meyers (SBN 109625)
   Golnar J. Fozi (SBN 167674)
7  Daniel S. Modafferi (SBN 294510)
   Meyers Fozi, LLP
8  1925 Palomar Oaks Way, Suite 110
   Carlsbad, CA  92008
9  Tel: (760) 444-0039; Fax: (760) 444-0130
   Email:  nmeyers@meyersfozi.com
10         gfozi@meyersfozi.com
           dmodafferi@meyersfozi.com
11
   Attorneys for Defendant
12 City of Carlsbad

13                UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15

16 | CINDY MICHELLE HAHN; and        | Case No.:  '15CV2007 DMS BGS
   | BRANDON HAHN,                   |
17 |                                 |
   |         Plaintiffs,             |
18 |                                 | **NOTICE OF REMOVAL OF CIVIL
   |     v.                          | ACTION (28 U.S.C. § 1441)**
19 |                                 |
   | CITY OF CARLSBAD; OFFICER J.    | **[FEDERAL QUESTION]**
20 | KNISLEY; OFFICER KENYATTE       |
   | VALENTINE; OFFICER KARCHES;     |
21 | CORPORAL GALANOS; OFFICER       | **SUPERIOR COURT CASE NO:
   | SEAPKER; and DOES 1 through 50, | 37-2014-00029859-CU-NP-NC**
22 |                                 |
   |         Defendants.             |
23

24         **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

25         **PLEASE TAKE NOTICE** that Defendant City of Carlsbad (the "City"), being

26 served in the above-entitled action, hereby removes the action to the United States

27 District Court for the Southern District of California.

28 ///

                                        1

## STATEMENT OF GROUNDS FOR REMOVAL

Plaintiff Cindy Michelle Hahn alleges a violation of her civil rights under state and federal law. The first and second causes of action in the complaint allege that the actions of the City of Carlsbad and the individual law enforcement officers deprived Ms. Hahn of her federal constitutional rights. The causes of action arise under 42 U.S.C. section 1983 and *Monell v. New York County Dept. of Social Services*.

This court has original jurisdiction of the action pursuant to the provisions of 28 U.S.C. section 1331, and the action may therefore be removed by the City, pursuant to 28 U.S.C. section 1441. The remaining causes of action arise from the same transaction(s) as Ms. Hahn's federal constitutional rights claims. (28 U.S.C. § 1367.)

Copies of all process and pleadings served on the City in the above-entitled action are attached hereto. This notice of removal is filed with this court within thirty days after the City was served with the complaint filed in San Diego Superior Court.

The City is informed and believes that individual defendants Jody Knisley, Kenyatte Valentine, Chris Karches, Richard Galanos, and Steven Seapker have not been served with the Superior Court complaint. (See 28 U.S.C. § 1446(b)(2)(A) (only defendants who have been served need join in the removal).)

Dated: September 9, 2015                    Meyers Fozi, LLP

By: _____
Neal S. Meyers
Golnar J. Fozi
Daniel S. Modafferi
Attorneys for Defendants
City of Carlsbad