ORIGINAL
FILED
NORTH COUNTY DIVISION

2014 SEP -4 PM 2: 30

(31)
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
Geragos@Geragos.com

MARK J. GERAGOS        SBN 108325
BEN J. MEISELAS         SBN 277412
Attorneys for Plaintiff CINDY M. HAHN and BRANDON HAHN

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO

| | |
|---|---|
| CINDY MICHELLE HAHN and BRANDON HAHN<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CARLSBAD; OFFICER J. KNISLEY; OFFICER KENYATTE VALENTINE; OFFICER KARCHES; CORPORAL GALANOS; OFFICER SEAPKER; and DOES 1 through 50,<br><br>Defendants. | Case No. 37-2014-00029859-CU-NP-NC<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1. **VIOLATION OF CIVIL RIGHTS** (42 USC §1983);<br>2. **VIOLATION OF CIVIL RIGHTS** - *MONELL*;<br>3. **VIOLATION OF CIVIL CODE** §52.1;<br>4. **NEGLIGENCE;**<br>5. **BATTERY**<br>6. **LOSS OF CONSORTIUM**<br><br>**UNLIMITED CIVIL JURISDICTION**<br><br>**DEMAND FOR JURY TRIAL** |

BY FAX

Plaintiff Cindy Hahn alleges:

### INTRODUCTION

1.    As a result of Officer Knisley's and Officer Valentine's erratic conduct on July 31, 2013, Plaintiff was subjected to an unlawful arrest, excessive force and battery. During the course of a routine traffic stop Plaintiff was severely beaten, punched, and kicked by City of Carlsbad Police Officers. In order to cover up the misconduct Plaintiff was arrested for a violation of Penal Code §148(a)(1) and California Penal Code §243(c)(2).

- 1 -

**THE PARTIES**

2.     Plaintiff Cindy Hahn, at all relevant times, was a resident of Los Angeles County, California.

3.     At all times herein mentioned, the City of Carlsbad (the "City"), was a governmental entity organized and existing under the laws of the State of California.

4.     At all times herein mentioned, J. Knisley ("Knisley") was a law enforcement officer employed by the City of Carlsbad Police Department and acting in the course and scope of his employment and acting under the color of law.

5.     At all times herein mentioned, Kenyatte Valentine ("Valentine") was a law enforcement officer employed by the City of Carlsbad Police Department and acting in the course and scope of his employment and acting under the color of law.

6.     At all times herein mentioned, Karches ("Karches") was a law enforcement officer employed by the City of Carlsbad Police Department and acting in the course and scope of his employment and acting under the color of law.

7.     At all times herein mentioned, Corporal Galanos ("Galanos") was a law enforcement officer employed by the City of Carlsbad Police Department and acting in the course and scope of his employment and acting under the color of law.

8.     At all times herein mentioned, Seapker ("Seapker") was a law enforcement officer employed by the City of Carlsbad Police Department and acting in the course and scope of his employment and acting under the color of law.

9.     Plaintiff is unaware of the true names and capacities of the Defendants named herein as DOES 1 through 50, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff will seek leave of court to amend this Complaint to allege the true names and capacities of said Defendants when the same are ascertained. Plaintiff is informed and believes and thereon alleges that each of the aforesaid fictitiously named Defendants is responsible in some manner for the happenings and occurrences hereinafter alleged, and the Plaintiff's damages and injuries as herein alleged were caused by the conduct of said Defendants.

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

- 2 -

10.     Specifically, Plaintiff alleges that Does 1 through 50 were law enforcement officers acting under color of law. It is further alleged that Does 1 through 50 were acting in the course and scope of their employment at all relevant times.

## JURISDICTION AND VENUE

11.     This Court has jurisdiction over the entire action by virtue of the fact that this is a civil action wherein the matter in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of the Court. Jurisdiction is conferred upon this Court by Section 1983, Title 42, United States Code. Concurrent jurisdiction was granted to this court under *Williams vs. Horvath* (1976) 16 Cal.3d 834, 837. Also, this Court has jurisdiction to award damages pursuant to Article VI, Section 10 of the California Constitution.

## FACTUAL BACKGROUND

12.     On July 31, 2013, Plaintiff was a passenger in a vehicle and was in the City of Carlsbad. While she was in the vehicle Defendant Valentine initiated a traffic stop, asserting that Plaintiff was not wearing a seatbelt. When Plaintiff exited the vehicle Officer Valentine decided to arrest Plaintiff. In the course of handcuffing her and putting her in the police car, Defendant officers collectively participated in the use of unreasonable force and the unlawful arrest of Plaintiff. The officers violently hit Plaintiff in the face with a closed fist on multiple occasions, placed their knee on Plaintiff's head and neck area using all of their body weight to do so, and kicked Plaintiff as well. At all relevant times Ms. Hahn was lying face down on the grass, Ms. Hahn did not resist the officers and did not make any violent or threatening movements.

13.     Following this display of excessive force, Ms. Hahn was arrested and charged with resisting arrest. Plaintiff is informed and believes that Officers Knisley and Valentine initiated the force on Plaintiff.

14.     Notwithstanding, the blatant constitutional violations, Plaintiff was then arrested for resisting arrest and battery against a police officer.

15.     Plaintiff timely filed a Claim for Damages pursuant to California Government Code Section 910. Since that claim was denied within the last six months, this action is

- 3 -

GERACOS & GERACOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

1  timely.

2                           **FIRST CAUSE OF ACTION**

3                             **Violation of Civil Rights**

4                                **(42 U.S.C. § 1983)**

5         **Plaintiff against Defendants Knisley, Valentine, Karches, Galanos,**

6                          **Seapker and Does 1 through 5**

7         16.    Plaintiff realleges and incorporates by reference each and every allegation

8  contained in the preceding paragraphs as if fully set forth herein.

9         17.    At all times material to this Complaint, Defendants were acting under color of

10  the law in violating Plaintiff's constitutional rights as herein alleged under the Fourth

11  Amendment to the Constitution of the United States. The Fourth Amendment is made

12  applicable to the States pursuant to 42 U.S.C. §1983.

13        18.    Defendants Knisley and Valentine deprived Plaintiff of rights, privileges, and

14  immunities secured to her by the Fourth Amendment to the Constitution of the United States

15  by, *inter alia,* subjecting Plaintiff to excessive, unreasonable and unnecessary force when

16  Plaintiff was struck in the face with a closed fist on multiple occasions and restrained by way

17  of a knee to Plaintiff's head and neck.

18        19.    Defendants Knisley, Valentine, Karches, Galanos, Seapker, and Does 1-5

19  deprived Plaintiff of rights, privileges, and immunities secured to her by the Fourth

20  Amendment to the Constitution of the United States by, *inter alia,* subjecting Plaintiff to an

21  unlawful search and seizure of her person, causing her to be arrested for a violation of Penal

22  Code 243(c)(1) and Penal Code 148(a)(1), conspiring to deprive Plaintiff of her

23  constitutionally protected rights, submitting reports with material omissions, providing

24  falsehoods to secure an arrest and the filing of criminal charges and continued prosecution.

25        20.    Plaintiff has a constitutional right to be free from an unreasonable seizure

26  which was made without probable cause and also a seizure which was fraught with false

27  information to secure the seizure, as alleged herein.

28

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

21.     Plaintiff has a constitutional right to be free from the use of excessive force by law enforcement officers.  The conduct and actions of Officers Knisley and Valentine resulted in Plaintiff sustaining injuries to her face, which required medical attention.  No use of force against her person was necessary or reasonable.

22.     Due to the conduct of Defendants, and each of them, Plaintiff has suffered general damages and special damages, all in a sum to be proved at trial.

23.     Due to the conduct of Defendants, and each of them, Plaintiff has been required to incur attorneys' fees and will continue to incur attorneys' fees, all to Plaintiff's damage in a sum to be proved at trial and recoverable pursuant to 42 U.S.C. §1988.

24.     The individual defendants acted with a conscious disregard of Plaintiff's rights conferred upon her by Section 1983, Title 42 of the United States Code, the Fourth Amendment to the United States Constitution and California Civil Code Section 3333, by intentional causing her injury and arresting her without probably cause.  Defendants, and each of them, had an interest in seeing Plaintiff charged with criminal conduct to detract from Defendants Knisley and Valentines' excessive and unncessary force.  Such conduct constitutes malice, oppression and/or fraud under California Civil Code Section 3294, entitling Plaintiff to punitive damages against the individual Defendants in an amount suitable to punish and set an example of said Defendants.

## SECOND CAUSE OF ACTION
### Violation of Civil Rights- *Monell*
### Plaintiff against the City of Carlsbad and Does 6 through 15

25.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this complaint, as though fully set forth herein.

26.     Defendants, the City of Carlsbad and Does 6 through 15, knowingly, with gross negligence, and in deliberate indifference to the Constitutional rights of citizens, maintain and permit an official policy and custom of permitting the occurrence of the types of wrongs set forth hereinabove and hereafter.

- 5 -

COMPLAINT FOR DAMAGES

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

27.     Plaintiff has a constitutional interest pursuant to the Fourth and Fourteenth Amendments to the United States Constitution to be free from an arrest without probable cause and incarceration and criminal charges based upon the City's policies of allowing arrests without probable cause. These policies and customs include, but are not limited to, the deliberately indifferent training of its law enforcement officers in making lawful arrests. These policies and customs also include the express and/or tacit encouragement of arrests without probable cause, the ratification of police misconduct, and the failure to conduct adequate investigations of police misconduct such that future violations do not occur.

28.     Plaintiff is informed and believes, and thereon alleges, that the customs and policies were the moving force behind the violations of Plaintiff's rights. Based upon the principles set forth in *Monell v. New York County Dept. of Social Services*, the County and Does 6 through 15 are liable for all of the injuries sustained by Plaintiff as set forth above.

29.     In acting as alleged herein, the County and Does 6 through 15, and each of them, caused Plaintiff general and special damages, in an amount to be determined at the time of trial.

30.     Due to the conduct of the County and Does 6 through 15, and each of them, Plaintiff has been required to incur attorneys' fees and will continue to incur attorneys' fees, all to Plaintiff's damage in a sum to be proved at trial and recoverable pursuant to Title 42, Section 1988 of the United States Code.

**THIRD CAUSE OF ACTION**

**Violation of California Civil Code § 52.1 *et. seq.***

**Plaintiff against all Defendants**

31.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this complaint, as though fully set forth herein.

32.     Defendants were acting within the scope of their duties as City of Carlsbad Police Officers. Pursuant to California Government Code Section §815.2, the City is liable for the acts, omissions, and conduct of its employees, including Defendants Knisley,

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

- 6 -

1 │ Valentine, Karches, Galanos, Seapker, and Does 1 through 20 herein, whose tortious

2 │ conduct, was the cause in the damages and injuries to Plaintiff.

3 │  33.    The conduct of Defendants constituted interference by threats, intimidation, or

4 │ coercion, or attempted interference, with the exercise of enjoyment by Plaintiff's rights

5 │ secured by the Constitution of laws of the United States, or secured by the Constitution or

6 │ laws of the State of California, including interference with their right to be secure in her

7 │ person and free from the use of excessive force under the Fourth and Fourteenth Amendments

8 │ and California Constitution, Article 1, Section 13 as well as California Civil Code Section 43,

9 │ and the right of protection from bodily restraint and harm.

10 │  34.    As a direct cause of Defendants' conduct, Plaintiff's rights pursuant to

11 │ California Civil Code Section 52.1 were violated, causing injuries and damages in an amount

12 │ to be proved at the time of trial.

13 │  35.    Due to the conduct of Defendants, and each of them, Plaintiff has been required

14 │ to incur attorneys' fees and will continue to incur attorneys' fees.    Pursuant to California Civil

15 │ Code Section 52.1, Plaintiff is entitled to recover said fees.

16 │

17 │  **FOURTH CAUSE OF ACTION**

18 │  **NEGLIGENCE**

19 │  **Plaintiff Against all Defendants**

20 │  36.    Plaintiff realleges and incorporates by reference the allegations contained in

21 │ the preceding paragraphs of this complaint, as though fully set forth herein.

22 │  37.    Defendants Knisley, Valentine, Karches, Galanos, and Seapker had a duty of

23 │ care not to use excessive force on Ms. Hahn to effectuate an arrest.    Defendants Knisley,

24 │ Valentine, Karches, Galanos, and Seapker breached these duties when they caused Ms. Hahn

25 │ to be struck in the face multiple times and restrained by way of a knee to Plaintiff's head and

26 │ neck.

27 │  38.    As a proximate and direct cause of Defendants Knisley, Valentine, Karches,

28 │ Galanos, and Seapker's breaches, Ms. Hahn was arrested, incarcerated, and charged with

- 7 -

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

1  criminal counts.

2      39.    Ms. Hahn sustained injuries and damages in an amount to be proven at the time

3  of trial.

4      40.    The City is liable for the acts, omissions and conduct of its employees pursuant

5  to California Government Code Section 815.2.

6

7                          **FIFTH CAUSE OF ACTION**

8                                  **BATTERY**

9          **Plaintiff Against Defendants Knisley and the City of Carlsbad**

10     41.    Plaintiff realleges and incorporates by reference the allegations contained in

11  the preceding paragraphs of this Complaint, as though fully set forth herein.

12     42.    Defendant Knisley's use of force on Plaintiff, specifically striking Plaintiff in

13  the face on two occasions with a closed fist, constituted a battery on Plaintiff as the conduct

14  was unwanted and unnecessary.

15     43.    The City is liable for the acts, omissions and conduct of its employees pursuant

16  to California Government Code §815.2.

17     44.    As a direct cause of Defendant Knisley's conduct, Plaintiff sustained general

18  and special damages, in an amount to be proved at the time of trial.

19     45.    Defendant Knisley's conduct was done so with conscious disregard of

20  Plaintiff's rights and safety, constituting malice, oppression and/or fraud under California

21  Civil Code Section 3294, entitling Plaintiff to punitive damages against Defendant Knisley

22  in an amount suitable to punish and set an example of said Defendant.

23

24                          **SIXTH CAUSE OF ACTION**

25          **(Loss of Consortium, Brandon Hahn Against All Defendants)**

26     46.    Plaintiffs incorporate all proceeding paragraphs herein by reference.

27     47.    As a direct consequence of the injuries sustained by Ms. Hahn because of the

28  conduct of the police officers described herein, Mr. Hahn has been deprived of the normal

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

- 8 -

companionship, company, affection, regard, assistance, comfort, sexual relations, and emotional stability of his wife Ms. Hahn.

48.    These physical and emotional consequences of the injuries have negatively impacted the quality of and caused undo hardship to the marriage relationship.  Mr. Hahn continues to be denied the full enjoyment of his marital relationship.

49.    Mr. Hahn suffered damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment as follows:

1.    For general damages in an amount to be determined by proof at trial;

2.    For special damages in an amount to be determined by proof at trial;

3.    For punitive and exemplary damages against the individual defendants where applicable;

4.    For costs of suit;

5.    For reasonable attorneys' fees and costs as provided by statute; and

6.    For such other and further relief as the Court deems just and proper.

DATED:  September 4, 2014                    GERAGOS & GERAGOS, APC

                                             By: _____
                                                 BEN J. MEISELAS
                                                 Attorneys for Plaintiff
                                                 CINDY HAHN and BRANDON
                                                 HAHN

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. No. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

## DEMAND FOR JURY TRIAL

Plaintiffs Cindy Hahn and Brandon Hahn hereby demands a jury trial.

DATED: September 4, 2014                    GERAGOS & GERAGOS, APC

                                            By: _____
                                                BEN J. MEISELAS
                                                Attorney for Plaintiffs
                                                CINDY HAHN and BRANDON
                                            HAHN