UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy Michelle Hahn, an individual, et al,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>City of Carlsbad, et al,<br><br>　　　　　　　　　　　　　Defendant. | Case No.:  15cv2007-DMS-BGS<br><br>**ORDER DENYING JOINT STIPULATION FOR *IN CAMERA* REVIEW OF CONFIDENTIAL DOCUMENTS** |

On August 2, 2016, the parties filed a Joint Stipulation for *In Camera* Review of Confidential Documents.  (*See* ECF No. 54.)  The parties in essence have done an end run around the Court's chambers' rules regarding discovery disputes.  The Court only agrees to review documents *In Camera* after all the discovery procedures have been complied with, including the proper propounding of documents requests, the filing of appropriate privilege log and following the procedures set forth in *Hampton v. City of San Diego*, 147 F.R.D. 227 (S.D. Cal. 1993) if applicable, and then following the procedures set forth for discovery disputes in the Court's chambers' rules.  The parties have not done so.  Therefore, their Joint Stipulation is DENIED without prejudice to bring the dispute after compliance with the pertinent Federal Rules of Civil Procedure

///

///

1 | and the Court's chambers' rules regarding discovery disputes.

2 |   IT IS SO ORDERED.

3 | Dated:  August 12, 2016

_____
Hon. Bernard G. Skomal
United States Magistrate Judge