UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY MICHELLE HAHN; and BRANDON HAHN,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD; OFFICER J. KNISLEY; OFFICER KENYATTE VALENTINE; OFFICER KARCHES; CORPORAL GALANOS; OFFICER SEAPKER; and DOES 1 through 50 ,<br><br>                              Defendant. | Case No.:  15-cv-02007-DMS-BGS<br><br>**ORDER TAXING COSTS** |

   Upon application of CITY OF CARLSBAD; OFFICER J. KNISLEY; OFFICER KENYATTE VALENTINE; OFFICER KARCHES; CORPORAL GALANOS; OFFICER SEAPKER , a hearing for taxation of costs was held on September 7, 2017. Ben Meiselas representing plaintiffs, and Daniel Modafferi, representing defendants, appeared. A Bill of Costs was filed on 8/22/17 (Doc. 150) and an Objection was filed on 9/1/17 (Doc. 153).

   Plaintiffs made multiple objections to the costs requested. Plaintiffs objected to deposition costs for nine depositions. They contended that the depositions were taken for

discovery purposes only and these witnesses were never going to appear at trial. However, Local Rule 54.1.b.3.a. states that the depositions are taxable "so long as at the time it was taken it could reasonably be expected that the deposition would be used for trial preparation, rather than mere discovery". The rule goes on to specify that an expectation that the witness gets called at trial is not needed. Defendants stated at the hearing that these depositions were taken for trial preparation and not discovery. This objection is denied.

Plaintiffs also objected to costs for a cancellation of a deposition for Mr. Defoe (PageID. 2711). LR 54.1.b.3.h provides for the appearance fee of the reporter if the witness fails to appear. This was a situation where the deposition was cancelled late and not where the witness failed to appear. The LR does not apply. This $250.00 fee is not taxed.

Lastly, Plaintiffs object to witness fees for parties who provided depositions but did not appear at trial. Under LR 54.1.b.3.f witness fees are allowed for depositions regardless of appearance at trial. This objection is denied.

Defendants also claimed costs for room rentals for depositions. Under LR 54.1.b.3.e, counsel's expenses for arranging and taking depositions are not recoverable. These costs, totaling $550.00, are denied.

All other costs requested are allowed.

Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---|---|
| Fees of the clerk | $ 400.00 | $ 400.00 |
| Fees for service of summons and subpoenas | $ 2,824.00 | $ 2,824.00 |
| Fees for printed or electronically recorded transcripts | $18,358.48 | $17,558.48 |
| Fees and disbursements for printing | $ 669.75 | $ 669.75 |
| Fees for witnesses | $ 160.00 | $ 160.00 |
| Fees for exemplification and copies | $ 1,171.15 | $ 1,171.15 |

| | | |
|---|---|---|
| ***TOTAL COSTS TAXED*** in favor of CITY OF CARLSBAD; OFFICER J. KNISLEY; OFFICER KENYATTE VALENTINE; OFFICER KARCHES; CORPORAL GALANOS; OFFICER SEAPKER | $ 23,583.38 | $ 22,783.39 |

     Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period the court permits the motion to be made orally.

Dated:  September 15, 2017

                          John Morrill, Clerk of Court

                          _____s/ T. Lewis_____
                          T. Lewis, Chief Deputy of Operations